IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TALIDEEN DAVENPORT**                                                               **PETITIONER**

v.                              No. 5:14-cv-146-DPM-JTK

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                  **RESPONDENT**

ORDER

Unopposed recommendation, № 8, adopted. No certificate of appealability will issue because Davenport hasn't made a substantial showing about the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2015