IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TALIDEEN DAVENPORT                                                              PETITIONER

v.                                    No. 5:14-cv-146-DPM

RAY HOBBS, Director,
Arkansas Department of Correction                                               RESPONDENT

JUDGMENT

The petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2015